UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RESILIENT LIFE CARE, LLC,

    Plaintiff,

vs.

ESURANCE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 22-cv-12554
Hon. Matthew F. Leitman

| MILLER & TISCHLER, P.C. | ZAUSMER, PC |
|---|---|
| MARTIN A. HOGG (P76312) | A. ADAM POST (P75321) |
| Attorney for Plaintiff Resilient | Attorneys for Defendant |
| 28470 W. 13 Mile Road, Suite 300 | 32255 Northwestern Hwy, Suite 225 |
| Farmington Hills, MI 48334 | Farmington Hills, MI 48334 |
| (248) 945-1040 | (248) 851-4111 |
| Email: mhogg@msapc.net | apost@zausmer.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before this Honorable Court by stipulation and agreement between the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed in accordance with the terms of the executed release with prejudice and without costs.

This is a final Order and does close the case.

**IT IS SO ORDERED.**

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated: November 26, 2024

Approved as to form:


*/s/ Martin A. Hogg*
MARTIN A. HOGG (P76312)
ATTORNEY FOR PLAINTIFF


*/s/ A. Adam Post (w/ permission)*
A. ADAM POST (P75321)
ATTORNEY FOR DEFENDANTS